| | AUSA: | Kathryn Boyles | Telephone: | (313) 226-9556 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Hector Rivera | Telephone: | (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Oscar BOCANEGRA-HERNANDEZ

Case No.  2:25-mj-30318
Judge: Unassigned,
Filed: 05-14-2025 At 04:41 PM
CMP USA V. OSCAR BOCANEGRA-HERNANDEZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 12, 2025, in the Eastern District of Michigan, Southern Division, Oscar BOCANEGRA-HERNANDEZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about October 30, 2007, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Hector Rivera_
Complainant's signature

Hector Rivera, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 14, 2025

_Elizabeth A. Stafford_
Judge's signature

City and state: Detroit, MI

Elizabeth Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Oscar BOCANEGRA-HERNANDEZ, an alien who has previously been removed from the United States on or about October 30, 2007, at or near Hidalgo, Texas, and was thereafter found in the United States on or about May 12, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to BOCANEGRA-HERNANDEZ. I have not included every fact known to law enforcement related to this investigation.

4. BOCANEGRA-HERNANDEZ is a forty-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about October 2006, immigration officials arrested BOCANEGRA-HERNANDEZ near Sasabe, Arizona and voluntarily returned him to Mexico the same day. BOCANEGRA-HERNANDEZ claimed he reentered the United

1

States without inspection and admission thereafter near Laredo, Texas on or about September 2007.

6. On or about October 15, 2007, ICE Deportation Officers encountered BOCANEGRA-HERNANDEZ at or near Ingham County, Michigan and served him with an I-862 Notice to Appear. On October 22, 2007, an immigration judge in Detroit, Michigan ordered BOCANEGRA-HERNANDEZ removed from the United States to Mexico. On October 30, 2007, ICE removed BOCANEGRA-HERNANDEZ to Mexico via Hidalgo, Texas.

7. On January 23, 2023, the 52-4 District Court in Troy, Michigan convicted BOCANEGRA-HERNANDEZ for a misdemeanor traffic offense of driving without a license on person and sentenced to F/C/R in the amount of $300.

8. On May 12, 2025, the ICE/HSI Task Force Team traveled to the area of Michigan Avenue and Marshall Street in Pontiac, Michigan in search of BOCANEGRA-HERNANDEZ, who is the target of an approved Field Operations Worksheet. At approximately 08:30 a.m., a male subject matching the physical description of BOCANEGRA-HERNANDEZ departed the residence in a silver-colored GMC Acadia, a vehicle known to be used by BOCANEGRA-HERNANDEZ. Officers initiated a vehicle stop at or near Michigan Avenue and North Roselawn Street in Pontiac, Michigan to identify the subject based on the reasonable suspicion that this individual matched the description of the target seen exiting the residence. Officers identified themselves, contacted the driver and passengers, and requested identification.

9. BOCANEGRA-HERNANDEZ stated his name to be Oscar BOCANEGRA-HERNANDEZ, and stated he is a citizen and national of Mexico. Officers placed BOCANEGRA-HERNANDEZ under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

10. Deportation Officers transported BOCANEGRA-HERNANDEZ to the Detroit Field Office for processing. The arrest and subsequent detention of BOCANEGRA-HERNANDEZ was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or

2

attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. BOCANEGRA-HERNANDEZ' fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Oscar BOCANEGRA-HERNANDEZ, a native and citizen of Mexico who had previously been removed from the United States.

12. A review of BOCANEGRA-HERNANDEZ's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that BOCANEGRA-HERNANDEZ did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on October 30, 2007.

13. On May 12, 2025, ICE-ERO served BOCANEGRA-HERNANDEZ with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

14. Based on the above information, I believe there is probable cause to conclude that Oscar BOCANEGRA-HERNANDEZ is an alien who has previously been removed from the United States on or about October 30, 2007, at or near Hidalgo, Texas and was thereafter found in the United States on or about May 12, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

*Hector Rivera*
Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
Honorable Elizabeth A. Stafford
United States Magistrate Judge

3